UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

UNITED STATES OF AMERICA

v.

JORDAN LEE FULTON,

Defendant.

1:26-cr-_00126·MC____

MISDEMEANOR INFORMATION

18 U.S.C. § 641

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
(Theft of Government Property)
(18 U.S.C. § 641)

On or about December 21, 2024 in the District of Oregon, the defendant **JORDAN LEE FULTON** willfully and knowingly did embezzle, steal, purloin, and knowingly convert to his use, a thing of value of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof; to wit, a Ford F-150 truck bed canopy belonging to the General Services Administration;

in violation of Title 18, United States Code, Section 641.

Dated: April 24, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

/s/ *Sara T. Shaw*_____
SARA T. SHAW, OSB # 204443
Assistant United States Attorney

Information                                                                 Page 1